# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | Judgment in a Criminal Case |
|---|---|
| v. | (For a Petty Offense) — Short Form |
| ABOV, YOSEF | Case No.  PE70    2073485 |
| 8235 FAYETTE ST | USM No.  13-790 |
| PHILADELPHIA, PA 19150 | Robert L. Simmons, Esquire |
|  | Defendant's Attorney |

**THE DEFENDANT:** ABOV, YOSEF

☐ **THE DEFENDANT** pleaded guilty to count(s) _____

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 38 CFR2.18(b)(57) | Unauthorized Possession of Firearm | 6/27/2013 | 1 |

☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

**CRIMINAL MONETARY PENALTIES**

All criminal monetary penalty payments are to be made as directed by the court.

| **Total:** $325.00 | **Assessment** $ 0.00 | **Fine** $ 300.00 | **Processing Fee** $ 25.00 |
|---|---|---|---|

Last Four Digits of Defendant's Soc. Sec. No.: _____

Defendant's Year of Birth: 1947

City and State of Defendant's Residence:
PHILADELPHIA, PA

June 27, 2013
Date of Imposition of Judgment

_/s/_ Signature of Judge

Jacob P. Hart, USMJ
Name and Title of Judge

July 1, 2013
Date

AO 245H (Rev. 12/07) Judgment in a Criminal Case Personal Identification Attachment

DEFENDANT: ABOV, YOSEF
CASE NUMBER: PE70    2073485
DISTRICT: EASTERN DISTRICT OF PENNSYLVANIA

## Judgment in a Criminal Case Personal Identification Attachment
### (Not for Public Disclosure)

The following unredacted personal identifiers are included with the judgment transmitted to the Attorney General per 18 U.S.C. § 3612(b). A copy of this attachment shall also be provided to the attorney for the defendant, the Probation and Pretrial Services Office, and the U.S. Sentencing Commission.

Pursuant to Rule 49.1 of the Federal Rules of Criminal Procedure, however, the personal data in this attachment are not for public disclosure and must not be filed with the Clerk of the Court unless redacted or under seal, as provided in the rule.

Defendant's Soc. Sec. No.:

Defendant's Date of Birth: 05/07/1947

Defendant's Residential Address: 8235 FAYETTE ST

PHILADELPHIA, PA 19150

Defendant's Mailing Address:
*(if different)*